IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

CARLTON HUDSON, PETITIONER

V. NO. 1:07CV0013-M-D

JACQUELYN BANKS, et al., RESPONDENTS

## ORDER OVERRULING OBJECTIONS and ADOPTING REPORT AND RECOMMENDATION

Petitioner, an inmate proceeding *pro se*, files this matter pursuant to 28 U.S.C. § 2254. On June 2, 2008, Magistrate Judge Jerry A. Davis recommended that this matter be dismissed with prejudice. On September 15, 2008, Petitioner filed Objections to the Report and Recommendation.

The court finds that Petitioner's arguments are not well-taken and that the objections should be overruled for the reasons stated in the Report and Recommendation, which the court approves and adopts as its opinion.

THEREFORE, it is hereby ORDERED that

(1) Petitioner's objections to the Report and Recommendation of the United States Magistrate Judge are OVERRULED;

(2) the Report and Recommendation is APPROVED and ADOPTED as the opinion of this court;

(3) the claims are DISMISSED with prejudice;

(4) Petitioner's motion for time (docket entry 28) is MOOT;

(5) Petitioner's motion to compel (docket entry 30) is MOOT; and

(6) this matter is CLOSED.

SO ORDERED, this the 23rd day of October, 2008.

/s/ MICHAEL P. MILLS
CHIEF JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI